# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JOY D. DOSS,
ADC #707334                                                                                    PLAINTIFF

V.                                    1:12CV00005 SWW/JTR

JOHN MAPLES,
Warden, McPherson Unit, et al.                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Pursuant to the screening function required by 28 U.S.C. § 1915A, Plaintiff may PROCEED with her free exercise of religion and equal protection claims against Defendants Maples and Morgan

2.      All other claims and Defendants are DISMISSED, WITHOUT

PREJUDICE, for failing to state a claim upon which relief may be granted.

3.   The Clerk is directed to prepare a summons for Defendant Maples and Morgan, and the U.S. Marshal is directed to serve the summons, Complaint, Amended Complaint, and this Order on them through the ADC Compliance Division without prepayment of fees and costs or security therefor.[1]

4.   The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 16th day of May, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] If either of the Defendants are no longer ADC employees, the individual responding to service shall file the unserved Defendant's last known private mailing address **under seal**.