## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

JOY D. DOSS,
ADC #707334                                                                PLAINTIFF


V.                            1:12CV00005 SWW/JTR


JOHN MAPLES, Warden; and
DALE MORGAN, Mailroom Clerk,
McPherson Unit, ADC                                                DEFENDANTS


### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections.[1] After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

---

[1]Plaintiff filed her objections more than fourteen days after entry of the proposed findings and recommended disposition. However, the Arkansas Department of Correction (ADC) notified the Court, by letter dated August 24, 2012 (docket entry #29), that the objections would have been received by the Clerk's Office on August 17, 2012 but for an inadvertent error on the part of ADC mail room staff. The Court has reviewed Plaintiff's objections.

1.    Defendants' Motion for  Summary Judgment (docket entry #20) is GRANTED, and this case is DISMISSED, WITHOUT PREJUDICE.

2.    The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED THIS 29TH   DAY OF AUGUST, 2012.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE