# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JOY D. DOSS,
ADC #707334                                                                                              PLAINTIFF

V.                                       1:12CV00005 SWW/JTR

JOHN MAPLES, Warden; and
DALE MORGAN, Mailroom Clerk,
McPherson Unit, ADC                                                                             DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, and Judgment is entered in favor of Defendants on all claims set forth herein.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED THIS 29TH DAY OF AUGUST, 2012.


                                                                /s/Susan Webber Wright

                                                                UNITED STATES DISTRICT JUDGE